HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LARRY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-CR-0048 AWI / BAM |
|---|---|---|
| *Plaintiff,* | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | ) | |
| LARRY RAMIREZ, | ) | Date:   August 24, 2015 |
| | ) | Time:  1:00 p.m. |
| *Defendant.* | ) | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference currently set for June 22, 2015, may be continued to **Monday, August 24, 2015 at 1:00 p.m.** before the Honorable Barbara A. McAuliffe.

On May 27, 2015, this court contacted counsel regarding the need to move the status conference in this case due to the court's availability.  The government has provided extensive discovery in this case.  The parties have met and conferred and August 24, 2015 is amenable to both parties.  The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period

of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: May 27, 2015

                    BENJAMIN B. WAGNER
                    United States Attorney

                    */s/ Patrick R. Delahunty*
                    PATRICK R. DELAHUNTY
                    Assistant United States Attorney
                    Attorney for Plaintiff

Dated: May 27, 2015

                    HEATHER E. WILLIAMS
                    Federal Defender

                    */s/ Peggy Sasso*
                    PEGGY SASSO
                    Assistant Federal Defender
                    Attorney for Defendant
                    LARRY RAMIREZ

## **O R D E R**

**IT IS SO ORDERED** that the 1st Status Conference currently set for June 22, 2015, is continued to **Monday, August 24, 2015 at 1:00 p.m.** before the Honorable Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **May 28, 2015**                  /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE