HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LARRY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-CR-00048-AWI - BAM |
| *Plaintiff,* | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING** |
| vs. | |
| LARRY RAMIREZ, | Date:   November 9, 2015 |
| *Defendant.* | Time:   10:00 a.m. |
| | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference currently set for October 26, 2015, may be vacated and that a change of plea hearing be set for **Monday, November 9, 2015 at 10:00 a.m.** before the Honorable Anthony W. Ishii.

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea November 9, 2015.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated:  October 14, 2015

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                */s/ Patrick R. Delahunty*
                                 PATRICK R. DELAHUNTY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated:  October 14, 2015

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                */s/ Peggy Sasso*
                                 PEGGY SASSO
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LARRY RAMIREZ

**O R D E R**

IT IS SO ORDERED.

Dated:   October 14, 2015            _____
                                              SENIOR  DISTRICT  JUDGE